# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atoa Atualevao,            ) | No. CV 1-08-1458-SRB |
| Plaintiff,            ) | **ORDER** |
| vs.            ) | |
| Cynthia Redavsky, et al.,            ) | |
| Defendants.            ) | |

On September 29, 2008, Plaintiff filed his civil rights complaint against a number of individuals arising out of the confiscation of seven of Plaintiff's compact discs. This Court issued its screening order on April 23, 2009 and dismissed three named defendants without prejudice but permitted the complaint to go forward against Defendants Tarkington, Leggs, Campos and Scott. Plaintiff was directed to submit completed service packets for service of the summons and complaint by the United States Marshal for each of the Defendants against whom the case was permitted to proceed.

In his civil rights complaint Plaintiff describes Defendants Tarkington, Campos, Leggs and Scott as hospital police officers at the Coalinga State Hospital. On each of the forms USM-285 submitted to the United States Marshal for service, the individuals to be served were listed as DPS Officer Tarkington, Leggs, Campos and Scott and the address listed for service of each of these Defendants was the address of the Coalinga State Hospital where the Plaintiff is presently civilly committed. On June 25, 2009, the United States

1  Marshal filed his return of service for each of the four Defendants named above.  In the
2  remarks section for each of the Defendants the form noted that on 6/3/09 per facility there
3  was no Officer Tarkington, Scott or Leggs.  As to Officer Campos the facility stated he was
4  not employed.  The Marshal also checked a resource described as a CDC Locator on June
5  22, 2009 for each of the four Defendants.  That database revealed no Officer Campos,
6  Tarkington, or Leggs.  With respect to the name Scott several listings were found in the
7  database.
8      It is the responsibility of the Plaintiff to provide sufficient information to the United
9  States Marshal for service of process.  The address and names provided on the USM-285
10 forms did not result in service on any of these individuals because they were not at the
11 facility at 24511W. Jayne Ave., Coalinga, CA as of June 3, 2009.  Plaintiff will be given a
12 second opportunity to provide information so that service on some or all of the four
13 Defendants can be made.
14     **IT IS ORDERED:**
15     (1)  That the Clerk of Court send Plaintiff a service packet including the complaint
16 (doc. #1), the Court's order dated April 23, 2009 (doc. #7), a Notice of Submission of
17 Documents form, an instruction sheet and copies of summons and USM-285 forms for
18 Defendants Tarkington, Leggs, Campos and Scott.
19     (2)  Within 30 days of the filing of this order Plaintiff must complete and return to
20 the Clerk of Court the Notice of Submission of Documents.  Plaintiff must submit with the
21 Notice of Submission of Documents a copy of the complaint for each Defendant, a copy of
22 this order for each Defendant, a completed summons for each Defendant and a completed
23 USM-285 form for each Defendant.
24     (3)   If Plaintiff fails to return the Notice of Submission of Documents and the
25 required documents within 30 days of the date of this order the Clerk of Court, without
26 further notice, is directed to enter a judgment of dismissal of this action without prejudice.
27 This will be Plaintiff's final opportunity to provide sufficient service information to the
28 United States Marshal.  If service cannot be made with this second set of summons because

1  Plaintiff fails to provide sufficient information to effect service, then Plaintiff's complaint
2  will be dismissed without prejudice.

      DATED this 16th day of July, 2009.

                                        *Susan R. Bolton*
                                    Susan R. Bolton
                                   United States District Judge