1
2
3
4
5
6           **IN THE UNITED STATES DISTRICT COURT**
7        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9 | Atoa Atualevao, ) | No. CV 1-08-1458-SRB |
| 10 | Plaintiff, ) | **ORDER** |
| 11 | vs. ) | |
| 12 | Cynthia Redavsky, et al., ) | |
| 13 | Defendants. ) | |

14
15
16     The Court has received Plaintiff's document entitled Judicial Notice.  He asks that the
17 Court "suspend service" on the defendants remaining in this case "until such time as their
18 identities case be readily determined."
19     This Court will not indefinitely "suspend service."  Plaintiff will be given an
20 additional 120 days to identify and serve defendants.  If service is not made on any defendant
21 by January 31, 2010 this case will be dismissed without further notice.
22
23     DATED this 21st day of September, 2009.
24
25
26
27                   Susan R. Bolton
                  United States District Judge
28