# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atoa Atualevao, | No. CV 1-08-1458-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Cynthia Redavsky, et al., | |
| Defendants. | |

On September 21, 2009, this Court issued an order giving Plaintiff an additional 120 days to identify and serve defendant. The Court further advised Plaintiff that is service was not made of any defendant by January 31, 2010 this case would be dismissed without further notice. As of the date of this order, no notice of service has been filed. The Court notes that on October 7, 2009 this Court's September 21, 2009 order was returned by the Post Office with the notation "Undeliverable, Not in Custody."

IT IS ORDERED dismissing this case.

DATED this 4th day of February, 2010.

_____
Susan R. Bolton
United States District Judge